UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

2005 MAR -3 PM 12:49

DOUG RIDENOUR, ET AL.　　　　　Case No. C-1-01-531
　　　　　　　　　　　　　　　　　Judge Spiegel
　　Plaintiffs

V.　　　　　　　　　　　　　　　**ENTRY OF SATISFACTION OF JUDGMENT**

ALLSTATE INDEMNITY COMPANY

　　Defendant

WHEREAS, a judgment was entered herein in favor of Defendant Allstate Indemnity Company, on January 30, 2003, against Plaintiffs Doug and Courtney Ridenour, in the total amount of $8,108.18 plus the costs of Court;

WHEREAS, said judgment has been fully paid and satisfied in the total amount of $8,108.18, plus interest and the costs of Court.

NOW, THEREFORE, Defendant, Allstate Indemnity Company, by and through the undersigned counsel, does hereby acknowledge receipt of payment in full satisfaction of said judgment in the above-stated amount.

_____
Magistrate Judge Timothy S. Hogan
United States Magistrate Judge

_____
Anthony J. Iaciofano #0030422
Benjamin, Yocum & Heather, LLC
312 Elm Street, Suite 1850
Cincinnati, Ohio 45202
(513) 721-5672
ATTORNEY FOR DEFENDANT
ALLSTATE INDEMNITY COMPANY

_____
Douglas Ridenour
59 Township Road 1096
Chesapeake, OH 45619